IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAZMIN PACHECO, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | No. 13-3410 |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant. | : | |

**ORDER**

FILED
JAN 1 4 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

CHIEF JUDGE PETRESE B. TUCKER

AND NOW, this 14th day of January 2015, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's request for review is DENIED; and

3. Judgment is entered in favor of the Defendant.

BY THE COURT:

*Petrese B. Tucker*
CHIEF JUDGE PETRESE B. TUCKER
UNITED STATES DISTRICT COURT

ENTERED
JAN 1 4 2015
CLERK OF COURT